## FOURTH DEPARTMENT, JUNE, 1927.

In the Matter of the Application of ASSOCIATED BUFFALO ARCHITECTS, INC., Petitioner, for a Certiorari Order Directed to THE BOARD OF EDUCATION OF THE CITY OF BUFFALO, NEW YORK, Respondent.

*Schools — claims — audit of claim by board of education is quasi-judicial — petitioner was entitled to notice of place and time of hearing and opportunity to present claim.*

Certiorari order granted out of the Supreme Court on the 24th day of January, 1927, to review the audit of the board of education of the city of Buffalo rejecting the claim of the petitioner and each and every item thereof.

PER CURIAM. The audit of the petitioner's claims by the board of education is a quasi-judicial proceeding. (*New York Catholic Protectory* v. *Rockland County*, 212 N. Y. 311; *People ex rel. Myers* v. *Barnes*, 114 id. 317; *People ex rel. Smith* v. *Clarke*, 174 id. 259.) For its validity, therefore, it is necessary that the petitioner should be given a notice of the time and place of the hearing in respect to its claims, and should be afforded an opportunity thereat to present the same. (*People ex rel. Heiser* v. *Gilon*, 121 N. Y. 551; *People ex rel. Hallock* v. *Hennessy*, 205 id. 301; *People ex rel. Nisbet* v. *Common Council*, 90 Hun, 494.)